# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **CV 20-11449-JVS (JPR)**                              Date: **February 18, 2021**
Title:  **Todd M. Durham v. City of Long Beach et al.**

================================================================

**DOCKET ENTRY: Order to Show Cause**

================================================================

PRESENT:  **HON. <u>JEAN P. ROSENBLUTH</u>, U.S. MAGISTRATE JUDGE**

|  Bea Martinez  |  n/a  |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:              ATTORNEYS PRESENT FOR DEFENDANT:
           None Present                                                        None Present

**PROCEEDINGS:  (IN CHAMBERS)**

On January 15, 2021, Defendant City of Long Beach moved to dismiss Plaintiff's civil-rights Complaint for failure to state a claim.  On January 19, the Court issued a briefing schedule, requiring Plaintiff to oppose the motion by no later than February 9.  To date he has not done so nor requested an extension of time.

Plaintiff is ORDERED to show cause in writing why this lawsuit should not be dismissed for failure to prosecute and/or the reasons stated in the motion to dismiss.  No later than 14 days from the date of this order, he must either show cause or file his opposition to the motion; if he does the latter, the OSC will automatically be discharged.  He is warned that if he does neither, his lawsuit will likely be dismissed.