JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD M. DURHAM, | Case No. CV 20-11449-JVS (JPR) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CITY OF LONG BEACH et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Action for Failure to Prosecute and Failure to State a Claim, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: September 8, 2021

_____
JAMES V. SELNA
U.S. DISTRICT JUDGE